## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| IN THE INTEREST OF: S.M.T.W., A MINOR | : | No. 91 EAL 2023 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| PETITION OF: Y.H., MOTHER | : | from the Order of the Superior Court |
| IN THE INTEREST OF: S.W., A MINOR | : | No. 92 EAL 2023 |
| | : | |
| | : | |
| PETITION OF: Y.H., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 22nd day of June, 2023, the Petition for Allowance of Appeal is **DENIED**.